UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

Okereke
-v-
Stembridge

U.S.C.A. # _____

U.S.D.C. # 08-cv-2127

JUDGE: KMW

DATE: April 25, 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): _____THOMAS R. PISARCZYK_____
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------------

DOCUMENT DESCRIPTION

DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(_____) Original Record

(_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _____ Day of _____, 2008.

[Stamp: U.S. DISTRICT COURT FILED APR 25 2008 S.D. OF N.Y.]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Okereke
-v-
Stormbridge

U.S.C.A. # _____

U.S.D.C. # 08-cv-2127

JUDGE: KMW

DATE: April 25, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 6, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed           Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02127-KMW
### Internal Use Only

Okereke v. Stermbridge et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Civil Rights Act

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Precious Okereke.(mbe) (Entered: 03/12/2008) |
| 03/03/2008 | 2 | COMPLAINT against Joel Stermbridge, Paula Bagwell, Tracy Connolly, Shultz Hugh, Milton Wright. Document filed by Precious Okereke.(mbe) (Entered: 03/12/2008) |
| 03/03/2008 | | Magistrate Judge Henry B. Pitman is so designated. (mbe) (Entered: 03/12/2008) |
| 03/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/2008) (mbe) (Entered: 03/12/2008) |
| 03/12/2008 | 3 | ORDER OF DISMISSAL, the Court grants plaintiff's application to proceed in forma pauperis but dismisses the complaint for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted and for asserting claims against a party immune from suit. Plaintiff's filing of further non-meritorious cases in this district will result in her being barred from filing further actions in this court without obtaining prior permission to do so. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 3/3/2008) (mbe) (Entered: 03/12/2008) |
| 03/25/2008 | 5 | MOTION for Reconsideration. Document filed by Precious Okereke.(jmi) (Entered: 04/02/2008) |
| 04/09/2008 | 6 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Precious Okereke. (tp) (Entered: 04/24/2008) |
| 04/09/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Precious Okereke. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. (tp) (Entered: 04/24/2008) |
| 04/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 04/24/2008) |